UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

YUNG H. SON                                    JURY TRIAL DEMANDED

v.                                             CASE NO.  3:10 CV

OLIPHANT FINANCIAL, LLC.

COMPLAINT

1.   Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"),

l5 U.S.C. § l692; the Connecticut Creditor Collection Practices Act ("CCPA"), Conn. Gen.

Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and

regulations issued thereunder; or the Connecticut Unfair Trade Practices Act ("CUTPA"),

Conn. Gen. Stat. § 42-110a.

2.   The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l and § 1367.

3.   Plaintiff is a natural person who has resided in Connecticut at all relevant times

4.   Plaintiff is a consumer within the FDCPA.

5.   Defendant is a debt collector within the FDCPA.

6.   Defendant had a place of business at  9009 Town Center Pkwy, Lakewood Ranch

FL 34202  which was not licensed pursuant to chapter 669 Part XII of the Connecticut

General Statutes when attempting to communicate with plaintiff concerning efforts to collect  a

disputed personal Providian MasterCard account.

7.   On January 25, 2010, defendant was notified that plaintiff was represented by

counsel.

8.   On January 30 and February 1, 2010, defendant continued its efforts to collect

directly from plaintiff.

FIRST COUNT

9.   In the collection efforts,  defendant violated the FDCPA, § 1692c, -d, -e, or -f.

SECOND COUNT

10. Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

11. Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1.   Award plaintiff  such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages under each of the FDCPA or CCPA for each communication against defendant;

2.   Award the plaintiff costs of suit and a reasonable attorney's fee;

3.   Award declaratory and injunctive relief, and such other and such further relief as law or equity may provide.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
        JOANNE S. FAULKNER ct04137
        123 Avon Street
        New Haven, CT 06511-2422
        (203) 772-0395
        faulknerlawoffice@snet.net